**Order entered October 1, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00922-CV

### IN RE CITY OF DALLAS, Relator

**Original Proceeding from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-03665-C**

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** that real parties in interest, Buckley Oil Company and Rosebud Holdings, L.L.C.,

recover their costs of this original proceeding from relator.


/s/  KERRY P. FITZGERALD
    JUSTICE